[Docket No. 12]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| VICTOR THANKGOD,<br><br>     Plaintiff,<br><br>   v.<br><br>BELLWETHER BEHAVIORAL<br>HEALTH,<br><br>     Defendant. | Civil No. 19-20617 (RMB/KMW)<br><br>**ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before the Court upon the filing of a Supplemental Motion for Default Judgment [Docket No. 12] by Plaintiff Victor Thankgod against Defendant Bellwether Behavioral Health. For the reasons expressed in the Opinion of today's date, and for good cause shown,

IT IS this **8th** day of **November** 2021, hereby

**ORDERED** that Plaintiff's Supplemental Motion for Default Judgment is [Docket No. 12] is **GRANTED**, **IN PART**, and judgment is **RESERVED**, **IN PART**; and it is further

**ORDERED** that Plaintiff's Motion is granted insofar as Default Judgment is granted in his favor with respect to his ADA claim and insofar as he is entitled to $4,300 in attorney's fees and costs. However, the Court reserves judgment, in accordance with the Opinion of today's date, on the amount of backpay to which

Plaintiff is entitled. Therefore, at this juncture, the Court will not enter judgment in favor of Victor Thankgod and against Bellwether Behavioral Health; and it is further

**ORDERED** that Plaintiff shall file additional supplemental briefing to address the deficiencies described in the Opinion of today's date, by no later than **Friday**, **November 19**, **2021**; and it is further

**ORDERED** that Plaintiff's Supplemental Motion [Docket No. 12] is **ADMINISTRATIVELY TERMINATED** pending Plaintiff's supplemental briefing.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge