[Docket No. 12]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

VICTOR THANKGOD,

           Plaintiff,

     v.

BELLWETHER BEHAVIORAL
HEALTH,

           Defendant.

Civil No. 19-20617 (RMB/KMW)

**AMENDED ORDER &
JUDGMENT**

**RENÉE MARIE BUMB, United States District Judge**

     This matter comes before the Court upon the filing of a Supplemental Motion for Default Judgment [Docket No. 12] and a Second Supplemental Brief [Docket No. 17] by Plaintiff Victor Thankgod against Defendant Bellwether Behavioral Health. The Court is now satisfied with Plaintiff's calculation of backpay. Therefore, for the reasons expressed in the Opinion of November 8, 2021, [Docket No. 15], combined with Plaintiff's supplemental explanation submitted on November 17, 2021, [Docket No. 17], and for good cause shown,

     **IT IS** this **17th** day of **November** 2021, hereby

     **ORDERED** that Plaintiff's Supplemental Motion for Default Judgment is [Docket No. 12] is **GRANTED**; and it is further

     **ORDERED** that judgment be entered in favor of Plaintiff Victor Thankgod and against Defendant Bellwether Behavioral Health in the amount of **$52,345.48**.

Plaintiff is also awarded **$4,300** in attorney's fees and costs, as the Court previously

ordered [*see* Docket No. 16]; and it is finally

   **ORDERED** that the Clerk of the Court **CLOSE** this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge